FORM 8A. Entry of Appearance            Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 22-1106, 22-1107, 22-1108, 22-1109

**Short Case Caption:** Regents of the University of California v. Satco Products, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Satco Products, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** Scott J. Bornstein | | Admission Date: 10/20/1998 |
| Firm/Agency/Org.: Greenberg Traurig, LLP | | |
| Address: One Vanderbilt Avenue, New York, NY 10017 | | |
| Phone: 212.801.9200 | | Email: bornsteins@gtlaw.com |
| **Other Counsel:** Heath J. Briggs | | Admission Date: 07/07/2015 |
| Firm/Agency/Org.: Greenberg Traurig, LLP | | |
| Address: 1144 15th Street, Suite 3300, Denver, CO 80202 | | |
| Phone: 303.572.6500 | | Email: briggsh@gtlaw.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/19/21      Signature: /s/ Heath J. Briggs

Name: Heath J. Briggs

FORM 8A. Entry of Appearance Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Nicholas A. Brown | Admission Date: 02/10/2012 |
|---|---|
| Firm/Agency/Org.: Greenberg Traurig, LLP | |
| Address: 4 Embarcadero Center, Suite 3000, San Francisco, CA 94111 | |
| Phone: 415.655.1300 | Email: brownn@gtlaw.com |
| **Other Counsel:** Stephen M. Ullmer | Admission Date: 01/27/2017 |
| Firm/Agency/Org.: Greenberg Traurig, LLP | |
| Address: 1144 15th Street, Suite 3300, Denver, CO 80202 | |
| Phone: 303.572.6500 | Email: ullmers@gtlaw.com |
| **Other Counsel:** Brian J. Prew | Admission Date: 05/17/2011 |
| Firm/Agency/Org.: Greenberg Traurig, LLP | |
| Address: One Vanderbilt Avenue, New York, NY 10017 | |
| Phone: 212.801.3129 | Email: prewb@gtlaw.com |
| **Other Counsel:** Robert P. Lynn, Jr. | Admission Date: 08/12/2014 |
| Firm/Agency/Org.: Lynn Gartner Dunne, LLP | |
| Address: 330 Old Country Road, Suite 103, Mineola, NY 11501 | |
| Phone: 516.742.6200 | Email: rplynn@lgdlaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |