

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

March 11, 2022

**NOTICE OF REVISED CAPTION**

Re: Regents of the University of California v. Satco Products, Inc., Appeal No. 2022-1106

The court's official caption has been revised to correct party name.

Please review the attached caption carefully and promptly advise this court in writing of any improper or inaccurate designations. The revised caption should be used on all future filings with the court. Previously submitted documents do not require correction.

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: J. West, Deputy Clerk

Attachment: Revised Official Caption

**Official Caption**

**THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,**
*Appellant*

v.

**SATCO PRODUCTS, INC.,**
*Appellee*

**Short Caption**

The Regents of the University of California v. Satco Products, Inc.